**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JASON GLEN, | : | Case No. 1:18-cv-496 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Stephanie K. |
| | : | Bowman |
| WARDEN, CHILLICOTHE | : | |
| CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7)**
**AND TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United

States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the

Magistrate Judge reviewed the pleadings filed with this Court and, on May 11, 2020,

submitted a Report and Recommendation, recommending that Petitioner's petition for a

writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied with prejudice.  (Doc. 7).

On May 26, 2020, Petitioner moved the Court for a 30-day extension of time to

file objections to the Report and Recommendation.  (Doc. 8).  On May 27, 2020 the

Court granted Petitioner's motion and extended the deadline by which Petitioner was

required to file objections to June 25, 2020.  (Not. Order, May 27, 2020).

On June 25, 2020, Petitioner moved the Court for another 30-day extension of

time to file objections to the Report and Recommendation.  (Doc. 9).  On June 26, 2020,

the Court granted Petitioner's motion and extended the deadline by which Petitioner was required to file objections to July 27, 2020.  (Not. Order, June 26, 2020).

Now, the July 27, 2020 deadline has come and gone.  And Petitioner has not filed any objections.  As such, the Report and Recommendation stands unopposed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation (Doc. 7) should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1.      The Report and Recommendation (Doc. 7) is **ADOPTED** in its entirety;

2.      Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C.
        § 2254 (Doc. 1) is **DENIED** with prejudice;

3.      Because reasonable jurists would not debate the Court's conclusions, the
        Court **DENIES** issuance of a certificate of appealability, pursuant to 28
        U.S.C. § 2253; *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (citing
        *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983));

4.      Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal
        of this Order would not be taken in good faith and, therefore, this Court
        **DENIES** Petitioner leave to appeal *in forma pauperis*; and

5.      The Clerk shall enter judgment accordingly, whereupon this case is
        **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:   10/16/2020                                        *s/Timothy S. Black*
                                                          Timothy S. Black
                                                          United States District Judge

2